AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Michael Leager 515275.
Raphael Williams Plaintiff

v.

Dr Kendall / Jim Welch
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 07-429

I, Michael Leager, declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant    • • Other

FILED
JUL -9 2007
RGSlayer
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  • • No  (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Howard R. Young Correctional Institution.

   Inmate Identification Number (Required): 515 275.

   Are you employed at the institution? No  Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  • • Yes  ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment         • • Yes   ☒ No
   b. Rent payments, interest or dividends                  • • Yes   ☒ No
   c. Pensions, annuities or life insurance payments        • • Yes   ☒ No
   d. Disability or workers compensation payments           • • Yes   ☒ No
   e. Gifts or inheritances                                 • • Yes   ☒ No
   f. Any other sources                                     ☒ Yes    • • No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

   Yes Family sends what ever they can afford.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  • • Yes  ☒ No

  If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  • • Yes  ☒ No 

  If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

  Wife = Jennifer Leager.

  2 Step Daughters = Stephanie
                     Brianna Harkins

I declare under penalty of perjury that the above information is true and correct.

7-1-07                    Michael Leager
DATE                      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Michael Leager
SBI# 515275
HRYCI PO Box 9561
Wilmington, DE 19809



Clerk
U.S District Court
Lockbox 18
844 N. King Street
Wilmington, De 19801

U.S.M.S.
X-RAY

```
RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
07/03/07 12:38                          0 7 - 4 2 9
ST 007 / OPR SJW

SBI            :  515275
Resident Name  :  LEAGER, MICHAEL
Time Frame     :  01/01/2007 13:20 - 07/03/2007 12:38

-----------------------------------------------------------------------------
Date          Time    Type              ST   OPR    Receipt #      Amount      Balance
-----------------------------------------------------------------------------

01/02/2007    11:08   Order             2    DDT    B148716         46.75        74.18
01/02/2007    13:21   Add               4    J      D61134          25.00        99.18
01/03/2007    10:34   Order             2    DDT    B149136         32.00        67.18
01/05/2007    13:14   Add               4    SED    D61424          50.00       117.18
01/09/2007    10:01   Order             2    DDT    B150245         57.63        59.55
01/16/2007    09:44   Order             2    DDT    B151085         31.89        27.66
01/23/2007    08:33   Order             2    DDT    B152111         25.97         1.69
01/24/2007    12:10   Add               4    gmw    D62399          50.00        51.69
01/30/2007    06:58   Order             2    WLH    B153018         42.14         9.55
01/30/2007    15:12   Rec Payment       6    kjg    F25582           6.00         3.55
01/31/2007    08:47   Credit            3    WLH    C17780           5.04         8.59
02/06/2007    08:19   Order             2    WLH    B154023          3.59         5.00
02/13/2007    08:36   Order             2    DDT    B155056          4.06         0.94
02/14/2007    12:59   Add               4    CAR    D63751          39.00        39.94
02/20/2007    10:15   Order             2    DDT    B156336         35.99         3.95
02/21/2007    08:48   Credit            3    WLH    C18184           0.46         4.41
02/27/2007    08:33   Order             2    AFC    B157265          4.27         0.14
02/28/2007    11:59   Add               4    gmw    D64574          25.00        25.14
03/06/2007    09:41   Order             2    DDT    B158194         21.90         3.24
03/12/2007    09:56   Add               4    J      D65226          50.00        53.24
03/13/2007    09:24   Add               8    GLD    H29060          50.00       103.24
03/13/2007    09:39   Order             2    DDT    B159188          2.99       100.25
03/20/2007    06:29   Order             2    DDT    B160263         44.84        55.41
03/22/2007    11:40   Add               4    gmw    D65876          20.00        75.41
03/27/2007    06:10   Order             2    DDT    B161182         45.27        30.14
04/03/2007    06:32   Order             2    DDT    B162015         25.70         4.44
04/05/2007    11:39   Add               4    J      D66631          25.00        29.44
04/10/2007    10:06   Order             2    AFC    B163164         27.73         1.71
04/27/2007    12:14   Add               4    CAR    D67997          50.00        51.71
05/01/2007    09:14   Order             2    DDT    B166194         51.26         0.45
05/15/2007    07:38   Order             2    DDT    B168050          0.13         0.32
05/16/2007    09:00   Order             3    WLH    C19628           0.20         0.12
05/21/2007    08:51   Add               4    gmw    D69233          20.00        20.12
05/23/2007    11:52   Rec Payment      10    bsp    J10227           3.00        17.12
05/29/2007    08:27   Order             2    DDT    B170066         16.84         0.28
06/05/2007    11:45   Add               4    CAR    D70079          30.00        30.28
06/12/2007    08:47   Order             2    DDT    B171857         24.86         5.42
06/12/2007    11:59   Add               4    gmw    D70522          50.00        55.42
06/18/2007    09:17   Add               4    CAR    D70762          10.00        65.42
06/19/2007    08:26   Order             2    DDT    B172930         48.31        17.11
06/26/2007    12:39   Order             2    DDT    B173815         16.99         0.12
06/29/2007    12:23   Add               4    gmw    D71425           5.00         5.12
07/03/2007    06:51   Order             2    DDT    B174633          4.85         0.27
```



Michael Ledger
SBI # 515275
HRYCI PO Box 9561
Wilmington DE 19809

Clerk
U.S District Court
Lockbox 18
844 N King Street
Wilmington, De 19801

U.S.M.S.
X-RAY