(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Michael Leager   515275
(Name of Plaintiff)   (Inmate Number)

P.O Box 9561 Wilmington De 19809
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)   (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) WArden Raphael Williams
(2) Dr Kendall
(3) Jim Welch
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07-429
(Case Number)
( to be assigned by U.S. District Court)

CIVIL COMPLAINT

☒ Jury Trial Requested

FILED
JUL -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☒Yes ••No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed A medical greivence.

2. What was the result? Aprox 1 week later I was seen by A guy who Said he would put me on the list to see The Dr. At no point Did I Sign off on it nor Anything became Acomplished

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Raphael Williams.
Employed as Warden Williams. at Howard R young Correctional Inst.
Mailing address with zip code: 1301 East 12th Street
Wilmington De 19809

(2) Name of second defendant: Dr Kendal
Employed as Dr Kendel at H.R.Y.C.I
Mailing address with zip code: 1301 East 12th Street
Wilmington De 19809.

(3) Name of third defendant: James welch
Employed as Medical Service Administrator at Department of Correction
Mailing address with zip code: 245 mckee Road Dover De 19904.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. _____

2. _____

3. _____

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like Hrycy/cms To correct this problem with my Arm, because it was Never Addressed, Rother Surgery or Not. Also would like, HrycI/cms To pay for All medical needs, If needed.

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___7___ day of ___July___, 2007.

___Michael Leager___
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Statement of Claim:

At the end of January of 2006 I hurt my arm playing hand ball so I started putting sick call slips in. I didint get to see anyone till July 2006 and the Nurse said she would put me in to see a doctor but still I never sall one. In november of 2006 I sall someone who wasint a doctor who put me on an anti-Inflamatory Med that didint work so a month later I sall the same guy who put me in for an X-ray. I got an X-ray in January of 2007 and DR. Kendell told me it was an old Injury that healed and he would put me in to see a speacialist. I can not straiten my arm out fully and I never sall a speacialist so I put a greivence in. In april of this year 2007 I sall a CMS Rep. and he told me that the doctors request for me to see a speacialist was probably denied and that he would put me in to see the doctor again. I sall DR. Kendell a week later and he said he didint have my recoords and would see me early the next day. I never sall him so I put another greivence in and sick call slips in. I sall him in June of 2007 and he put me on an anti Inflamatory again and that was the last time I sall anyone else. Due to the seaverity of the fracture that the X-ray shows I do not have full movement in my arm.

Statement of Claim:

I wrote Jim Walsh the head of CMS here at Howard R. Young correctional Institute and, Explained what happend and I never heard back from him and, nothing was accomplished.

Statement of Claim:

I wrote warden Raphael Williams about my Issue and, nothing has been accomplished in this Matter.

Michael Leager
SBI# 515275
H.R.Y.C.I. P.O. Box 9561
Wilmington, DE 19809

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

U.S.M.S.
X-RAY

LEGAL MAIL ONLY