IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEAGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-429-GMS |
| WARDEN RAPHAEL WILLIAMS, DR. KENDALL, AND JIM WELCH, | ) ) ) ) |
| Defendants. | ) |

FILED JUL 3 0 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Michael Leager, SBI #515275, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $16.63, and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 19, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: July 26, 2007.

Michael Leager
Signature of Plaintiff

Michael Leager
#515215
P.O. Box 500
Smyrna, DE 19850

Office Of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, De 19801-3570

LEGAL MAIL ONLY