IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

MICHAEL LEAGER          : Civ Action NO.
    Plaintiff           : 07-429-GMS
V.                      :
WARDEN RAPHAEL WILLIAMS :
DR. KENDALL             :
JIM WELCH               :
    Defendants.         :

## MOTION FOR APPOINTMENT OF COUNCEL

Plaintiff Michael Leager, Pursuant to, § 1915, Requests this court to appoint councel to represent him in this case for the following reasons:

1.) The plaintiff is unable to afford councel Due to incarceration and, lack of help, Support outside of the Correctional Institution

2.) The issues involved in this case are very complex.

FILED
OCT 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rescanned

3.) The plaintiff, is an inmate participating in a progeam which is considered a theraputic Community and free time for access to the law library is limited.

4.) The plaintiff has a limited knowledge of the law.

Date: 10/15/07

Name: Michael Leager

Address: SBI# 515275
H.R.Y.C.I Po Box 9561
Wilmington DE 19809

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL LEAGER,
   Plaintiff,

V.

                         Civ. Action No.
                         07-429-GMS

WARDEN RAPHAEL WILLIAMS.
DR. KENDALL
JIM WELCH

   Defendents.

AFFIDAVIT IN SUPPORT OF THE PLAINTIFFS MOTION FOR THE APPOINTMENT OF COUNCEL

Michael Leager, being Sworn deposes, and Says:

1.) I am the plaintiff in the above entitled case. I make this affidavit in Support of My Motion for the appointment of council

2.) The Plaintiffs complaint Alleges The following:

2.)

Page ①

The onset of Feb, 2006 I found my self housed on 2-Q pode when I was playing hand ball and, I hyper extended my arm and, felt a very sharp pain in my left upper arm and elbow. I thought I just might have sprained it but as the week went by the pain never sub-sided so I put in a sick-call slip to see a doctor. During this course of time I was never called down to sick call so I kept putting them in until finally in July of 2006 I sall a nurse who had told me she would put me in to see the doctor which in tern never happened. Finally in Nov, 2006 I did see a Mr. Michael Senisch who had put me on an anti-Inflamatory Medicine to help the pain and, straiten my arm out. a month later Dec 2006. I went back to Mr. Michael Senisch and, he put me on a higher dose of the Anti inflamatory Medicine and set me up for an X-Ray. It wasint until Feb of 2007 that I got my X-Ray by DR. Kendell and, he explained that I had an old Injury and, that I fractured my upper arm and, that he would put me in to see a speacialist of orthopedic. I never sall anyone so I put a Medical greivence in on 3/20/07 on The Issue about my arm and an Issue that had to do with Dental. During this time an Investigator Allen Carolyn came to Interview me and, told me that its a good possablity that my request to see a speacialist by —

Page 2

Doctor Kendell was probably Denied and that he would put me in to see the doctor again to take a look at my arm. So on 3-27-07 I sall Doctor Kedell and he said he didn't have my chart and that he would see me the next day. On 3/28/07 I never sall Doctor Kendell so I put another grievence in. During this time I wrote the warden Rapheal williams and the head of Medical here Jim welch. and filed a law suit. for this Matter. I Feel that in this case I have been neglected in my proper medical services and, Due to thier neglect I no longer have full use of my arm. It does not extend all the way out and I have pain in my elbow. Im still appealing my second grievence but my first one I signed off on Due to Dental finally addressing that poblem. I've gotten more X-Ray and was told by a Dr smith that they will probably give me physical theropy but I probably not see an orthopedic speacialist. this was on 9/25/07 on 9/20/07 I sall DR. Smith and he said that this was suppose to be addressed long ago and that I must have sliped through the cracks and they forgot about me. All I really want is to have my arm addressed and possably fixed so I can have full use of my arm again. I think that this was unprofessional on thier part and unexceptable.

3.) This is a complex case because it contains three diffrent defendents in which they all play a diffrent part of the plaintiffs legal claims

4.) The case Requires medical issus that may require expert testimony on beflalf of plaintiffs DR. Ralph Smith MD (C.M.S)

5) The plaintiff has demanded a Jury trial

6.) This case will most likely require disposition of a witness on plaintiffs behalf

7.) Plaintiff did complete high school but did not take any courses on law there fore has limited knowledge on law.

8.) The plaintiff was classified by (Doc) to participate in the key program which is a intense theroputic community which is isolated from the rest of the prison population which free time for access to the law library is very limited.

9.) In deciding whether to apoint councel for an indegent litigent, the court should concider the factual complexity of the case, the ability for the indegent to investigate the facts, the ability for the indegent to present his claim and the complexity of the

10) As set fourth in the Memorandum of law submitted with this Motion, these facts along with the legal Merit of the plaintiff's claims, support the appointment of councel to represent the plaintiff.

WHEREFORE, the plaintiff's Motion for the appointment of councel should be granted

_Michael Leager_          10/15/07
Plaintiff                 Date


Sworn to before Me this

_15th_ day of _Oct_ 2007


_Rockelene Jahn_
Notary Public

Michael Leager
SBI # 515275
HRYCI P.O. Box 9561
Wilmington DE 19809



WILMINGTON DE 197
15 OCT 2007 PM 1 L

X-RAY
G.M.S

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570

19801+3570