IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL LEAGER )
                  )
        Plaintiff )    CA.NO 07-429-GMS
                  )
                  )
WILLIAMS et.al    )
                  )
        Defendents)
                  )

FILED
JAN 09 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO AMEND THE COMPLAINT  BD scanned

NOW COMES THE PLAINTIFF, Michael Leager, pro se, who moves this Honorable Court to issue an ORDER granting this motion to amend the Complaint. In order to thoroughly articulate his request for a motion to amend the Complaint he offers the following...

1.) Plaintiff filed Civil Suit by way of §1983 in which was filed on July,18,07 at 3:58 pm

2.) During filing of said suit, the plaintiff was not aware that he could sue for Compensatory Damages in which best fits the relief for the plaintiff in this suit.

3.) Recently it was brought to the plaintiff's attention that Correctional - Medical Services or (CMS) had provided him with the incorrect spelling of Dr Kendle's name. (The correct spelling is Kendle)

4.) Plaintiff recently discovered that he could not sue for compensitory Damages under the defendents Official, Brooks v Celeste F.3d 125, Federal Civil Procedure Key 392, 843. Civil Rights Key 207 (7) States "State Officials Sued only in their official Capacity are not (Persons) under federal Civil Rights Statute when Sued for Compensitory Damages"

WHERFORE... Persuant to Rule 5(b), Fed.R.Civ.P, the Plaintiff prays this Honorable Court grant the said motion to amend the Complaint So he can sue under both (Official), and (Personal) Capacities and or how ever the Honorable Court feels deemed appropriate the Plaintiff offers the following amended Complaint. ....

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MICHAEL LEAGER )
            Plaintiff )
                     )  CA NO 07-429-GMS
V                    )
WILLIAMS et. al      )
            Defendents )

Defendents

1) RALPHAEL WILLIAMS
   (EMPLOYED AS) WARDEN At HOWARD. R. YOUNG CORRECTIONAL INSTITUTION
   (MAILING ADDRESS) 1301 EAST 12th STREET WILMINGTON, DE, 19809

2) ELLIS KENDLE
   (EMPLOYED AS) DOCTOR KENDLE At HOWARD. R. YOUNG CORRECTIONAL INSTITUTION
   (MAILING ADDRESS) 1301 EAST 12th STREET WILMINGTON - DE, 19809.

3) JAMES WELCH
   (EMPLOYED AS) DEPARTMENT OF CORRECTION MEDICAL SERVICE ADMINISTRATOR At DEPARTMENT OF CORRECTION
   (MAILING ADDRESS) 245 McKEE ROAD, DOVER, DE, 19904

# STATEMENT OF CLAIM

1.) ELLIS KENDLE - SAME AS ORIGINAL

2.) RAPHAEL WILLIAMS - SAME AS ORIGINAL.

3. JAMES WELCH - SAME AS ORIGINAL.

## RELIEF

**(MEDICAL)**

To Have medical treatment pertaining to my Area paid for, medication, surgery, XRays, ect. $150,000.00. (One Hundred Fifty thousand Dollars) to be awarded.

**PAIN AND SUFFERING**

As to pain and suffering this injury has caused by not being treated. $500,000.00 (Five Hundred Thousand Dollars) to be awarded.

**MENTAL ANGUISH**

As to the mental anguish it has caused by not being treated and very limited use of left arm. $1,000,000.00. (One Million Dollars) to be awarded.

Certificate of Service.

I Declare the contents of this motion to be true and correct.

Signed this 7th Day of January 2008.

I Michael Leager truley state I have served a true and correct copy of said motion to the attorney generals office of the state of Delaware.

Attorney Generals office
820 N French st
Wilmington De
19801.

_Michael Leager_
Signature of movant

Michael Leager
SBI #515275
Ryci Po Box 9561
Wilmington DE 19809

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware 19801-3570

WILMINGTON DE 197
08 JAN 2008