TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

I The plaintiff MICHAEL LEAGER am asking The court to withdraw My law suit from WARDEN RAPHAEL WILLIAMS, DR. KENDALL, AND JIM WELCH. (Civil Action No. 07-429-GMS). Due to lack of counseling (Representation), Minumum amount of access to law libary Information. and, denied access to My Medical records in which to examine for proper evidence. I here by withdraw My civil Action suit (Civil Action No. 07-429-GMS due to these circumstances.

Sincerly yours,

MICHAEL LEAGER

*Michael Leager*



FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



WILMINGTON DE 197
16 JAN 2008 PM 1 T

U.S.M.S. X-RAY

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570

19801+3570

Michael Leager
SBI# 515275
HRYCI P.O. Box 9561
Wilmington DE 19809