**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE  19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19904**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE  19947**
**(302) 856-5353**
**Fax: (302) 856-5369**
**TTY: (302) 856-2500**

**PLEASE REPLY TO:**

January 25, 2008

[New Castle County-Civil Division]

Inmate Michael Leager
SBI # 515275
Howard R. Young Correctional Institution
P.O. Box 9279
Wilmington, DE 19809

Re:    ***Leager v. Williams, et al.,***
           ***D. Del., C.A. No. 07-429-GMS***

Dear Mr. Leager:

I am in receipt of your letter to the Court seeking to withdraw the Complaint you filed in the above-captioned action.  Please be advised that I have no objection to your request to withdraw.

In your letter you also state that you have no access to your medical records.  Please note that I have not received a request from you regarding your medical records.  I have enclosed herein, however, a copy of the results from the two x-rays you received on your left arm.  Results from the first x-ray taken on February 13, 2007 appear to indicate that it was only possible that you had a fracture.  Specifically the results state that an "incomplete fracture is not excluded."  As a result of the incomplete finding another x-ray was taken of your left arm on September 25, 2007.  The results of this x-ray were that "No evidence is seen of fracture or other acute bony abnormality or dislocation."

Inmate Michael Leager
January 25, 2008
Page 2

I hope these records address any concerns you may have.  Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General
    Attorney for State Defendants

EYT/vd
Enclosures
cc:     Clerk of the Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICHAEL LEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-429-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS, | ) | |
| DR. KENDALL, AND JIM WELCH, | ) | |
| | ) | |
| Defendants. | ) | |

# SEALED
# DOCUMENT