**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICHAEL LEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-429-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS, | ) | |
| DR. KENDALL, AND JIM WELCH, | ) | |
| | ) | |
| Defendants. | ) | |

# SEALED DOCUMENT