07-429

To The Office of the Clerk
UNITED STATES DISTRICT COURT

I MICHAEL LEAGER am here by withdrawing from My civil action suit against WARDEN RAPHAEL WILLIAMS, DR. KENDALL, AND JIM WELCH, due to lack of Representation, Minumum access to law library and, no access to Medical records. The Civil Action No. is 07-429-GMS. There fore I, Michael Leager, am here by withdrawing from This Action suit and, am sending a copy of this letter to the Attorney Generals office and, Erika Y. Tross (#4506) Deputy Attorney General who's representing the defendents.

Sincerly  Michael Leager    Date 1/22/08

Michael Leager



FILED
JAN 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

Michael Leager
SBI# 515275
HRYCI Po Box 9561
Wilmington DE 19809

WILMINGTON DE 197
23 JAN 2008 PM 3 L

Office of the clerk
United States District court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570