IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL LEAGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-429-GMS |
| | ) |
| WARDEN RAPHAEL WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 15th day of April, 2008.

The plaintiff, Michael Leager, an inmate at the Howard R. Young Correctional Institution, filed a motion to withdraw his case which the court construes as a motion to voluntarily dismiss pursuant to Fed. R. Civ. P. 41(a). (D.I. 15.)

IT IS THEREBY ORDERED that the motion to voluntarily dismiss (D.I. 15) pursuant to Fed. R. Civ. P. 41(a) is **granted** and the complaint is dismissed without prejudice. All pending motions are **denied** as moot. (D.I. 7, 13.)

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

APR 15 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE